**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

2017 NOV -1  PM 2: 15

| | |
|---|---|
| UNITED STATES OF AMERICA, | I N D I C T M E N T |
| Plaintiff, | [Vio: Felon in Possession of a Firearm 18 U.S.C. § 922(g)(1)] |
| v. | |
| BENJAMIN GONZALES, | **SA17CR0840 FB** |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 USC § 922(g)(1)]

That on or about January 31, 2017, in the Western District of Texas, Defendant,

### BENJAMIN GONZALES,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, ammunition and a firearm, to wit: a **Beretta, Model 1954, .380 caliber, Serial No: 776571,** with 57 rounds of ammunition, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### Firearms Violation and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violation set forth in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the below described properties upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

### Title 18 USC § 924. Penalties

(d)(1) Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

1. **Beretta, Model 1954, .380 caliber, Serial No: 776571, and**
2. **Any related ammunition and firearm accessories.**

A TRUE BILL,

FOREPERSON

RICHARD L. DURBIN, Jr.
United States Attorney

KAREN NORRIS
Assistant United States Attorney

2